IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQP DEVELOPMENT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FURNITURELAND SOUTH, INC.,<br><br>Defendant. | CIVIL ACTION NO. 2:14-cv-634<br><br><br>JURY TRIAL DEMANDED |

**PLAINTIFF TQP DEVELOPMENT, LLC'S
CORPORATE DISCLOSURE STATEMENT**

Plaintiff TQP Development, LLC ("TQP") is a Delaware corporation. TQP has no parent corporation, and no publicly held company owns 10% or more of its stock.

Dated: May 21, 2014

Respectfully submitted,

By: */s/ Austin Hansley*
**AUSTIN HANSLEY P.L.L.C.**
Austin Hansley
Texas Bar No.: 24073081
Brandon LaPray
Texas Bar No.: 24087888
5050 Quorum Dr. Suite 700
Dallas, Texas 75254
Telephone:    (469) 587-9776
Facsimile:     (855) 347-6329
Email: Austin@TheTexasLawOffice.com
www.TheTexasLawOffice.com
**ATTORNEY FOR PLAINTIFF
TQP DEVELOPMENT, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2014, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Austin Hansley*
Austin Hansley